RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Dustin Mitchell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>DUSTIN MITCHELL,<br><br>                Defendant. | Case No. 2:20-CR-290-GMN-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Dustin Mitchell, that the Revocation Hearing currently scheduled on November 25, 2020 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel was assigned to this case on November 17, 2020.

2. Defense counsel requests additional time to meet with the defendant to discuss the revocation petition and prepare for the revocation hearing.

3. Mr. Mitchell is at liberty and agrees with the need for the continuance.

4. AUSA Daniel Clarkson and USPO Cecil Mc Carroll are agreeable to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel E. Clarkson*<br>By_____<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN MITCHELL,<br><br>　　　　Defendant. | Case No. 2:20-CR-290-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 25, 2020 at 9:00 a.m., be vacated and continued to Wednesday, December 16, 2020, at the hour of 3:00 p.m. in Courtroom 7D before Judge Navarro.

　　DATED this 18 day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE