RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Dustin Mitchell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-290-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| DUSTIN MITCHELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Dustin Mitchell, that the Revocation Hearing currently scheduled on December 16, 2020, at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than three weeks.

This Stipulation is entered into for the following reasons:

1. On December 15, 2020, defense counsel was provided with a sealed addendum to the filed Violation of Supervised Release Petition (ECF No. 8). In addition, defense counsel

was provided with additional discovery on December 14, 2020 that relates to the sealed addendum.

2. Defense counsel requests additional time to meet with the defendant to discuss the addendum and discovery.

3. Additionally, the parties are also renegotiating a proposed resolution for the Court. In the event, a proposed resolution cannot be met. The parties will need additional time to prepare for the revocation hearing.

4. Mr. Mitchell is at liberty and agrees with the need for the continuance.

5. AUSA Daniel Clarkson and USPO Cecil Mc Carroll are agreeable to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of December 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Monique Kirtley<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | /s/ Daniel E. Clarkson<br>By_____<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-290-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| DUSTIN MITCHELL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 16, 2020, at 2:00 p.m., be vacated and continued to January 6, 2021, at the hour of 3:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 15 day of December 2020.

_____

UNITED STATES DISTRICT JUDGE

3