RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Dustin Mitchell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DUSTIN MITCHELL,<br><br>    Defendant. | Case No. 2:20-CR-290-GMN-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Dustin Mitchell, that the Revocation Hearing currently scheduled on January 20, 2020 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

    This Stipulation is entered into for the following reasons:

    1.    The defendant has reached out to two inpatient drug treatment facilities and is still waiting to hear back from the facilities.

2. Defense counsel requests additional time to allow Mr. Mitchell's acceptance into an inpatient drug treatment program.

3. Mr. Mitchell is at liberty and agrees with the need for the continuance.

4. AUSA Daniel Clarkson is agreeable to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 19th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel E. Clarkson*<br>By_____<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DUSTIN MITCHELL,<br><br>        Defendant. | Case No. 2:20-CR-290-GMN-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 20, 2021 at 2:00 p.m., be vacated and continued to 2/24/2021 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 19 day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE
