JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00290-GMN-EJY |
|---|---|
| Plaintiff, | **Stipulation to Continue Hearing re Revocation of Supervised Release** |
| vs. | |
| DUSTIN MITCHELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Aden Kebede, Assistant Federal Public Defender, counsel for Dustin Mitchell, that the Hearing re Revocation of Supervised Release scheduled for March 1, 2023, at 9:00 a.m., be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1.  Counsel for the government will be in a contested evidentiary hearing in *United States v. Christian Thomas,* 2:22-cr-129-GMN-DJA at the same time this matter is currently set for hearing.

1

2. The parties need additional time to prepare, which includes reviewing discovery and obtaining witnesses.

3. Defendant is in custody and agrees with the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Hearing re Revocation of Supervised Release.

DATED: February 27, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Allison Reese*

ALLISON REESE
Assistant United States Attorney

*/s/ Aden Kebede*

Aden Kebede
Counsel for Defendant
Dustin Mitchell

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DUSTIN MITCHELL,<br><br>              Defendant. | Case No.: 2:20-cr-00290-GMN-EJY<br><br>**ORDER** |

   IT IS ORDERED that the Hearing re Revocation of Supervised Release scheduled for March 1, 2023, at 9:00 a.m., is vacated and reset to _____April 7__, 2023, at 10:00 a.m.

   DATED this  28  day of February, 2023.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3